IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 02-cv-00084-REB-BNB

REVEREND APPLESEED NAPHTALI JESUSDAUGHTER,

Plaintiff,

v.

COLORADO MENTAL HEALTH INSTITUTE AT PUEBLO,
COLORADO DEPARTMENT OF CORRECTIONS,
SAN CARLOS CORRECTIONAL FACILITY,
DR. GRAHAM HOFFMAN,
JAMES MARSHALL,
LORRAINE DIAZ,
ALVIN SAIS,
LT. SCOLERI,
JOHN DOE NOS. 1-10, and
JANE ROE NOS. 1-10, in their individual capacities,

Defendants.

---

## ORDER

---

This matter is before me on the following motions:

(1) **Defendants' Motion to Stay Discovery**, filed August 31, 2005;

(2) Plaintiff's **Unopposed Motion to Amend Scheduling Order to Extend Discovery Cut-Off Deadline**, filed October 5, 2005; and

(3) **Defendants' Unopposed Motion to Vacate and Reset Scheduling Order Deadlines**, filed October 13, 2005.

The defendants seek a stay of discovery based on the qualified immunity defense asserted in their motion to dismiss, filed August 31, 2005. "[Q]ualified immunity is not only a defense to

liability but also to entitlement to immunity from suit and other demands of litigation." <u>Workman</u> <u>v. Jordan</u>, 958 F.2d 332, 336 (10th Cir. 1992) (citations omitted). "Discovery should not be allowed until the court resolves the threshold question whether the law was clearly established at the time the allegedly unlawful action occurred." <u>Id.</u> Accordingly, the defendants' motion to stay discovery is granted.

Both parties seek to amend the scheduling order to reset discovery deadlines. Because discovery is now stayed in this case, the discovery deadlines will be reset after the court rules on the defendants' motion to dismiss.

IT IS ORDERED that Defendants' Motion to Stay Discovery is GRANTED.

IT IS FURTHER ORDERED that plaintiff's Unopposed Motion to Amend Scheduling Order to Extend Discovery Cut-Off Deadline and Defendants' Unopposed Motion to Vacate and Reset Scheduling Order Deadlines are GRANTED to the extent they seek to have the discovery deadlines reset. The discovery deadlines will be reset after the court rules on the defendants' motion to dismiss.

Dated October 19, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge