IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-00084-REB-BNB

REVEREND APPLESEED NAPHTALI JESUSDAUGHTER,

Plaintiff,

v.

ROBERT HAWKINS,
MARY SMITH,
DR. GRAHAM HOFFMAN,
JAMES MARSHALL,
LORRAINE DIAZ,
ALVIN SAIS and
LT. SCOLIRI,

Defendants.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion for Leave to File Sur-Reply in Opposition to Defendants' Motion to Dismiss** (the "Motion"), filed on December 9, 2005.

      IT IS ORDERED that the Motion is **GRANTED**.  Plaintiff may file a sur-reply of five pages or less on or before **December 28, 2005**.

DATED:  December 13, 2005