IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-00084-REB-BNB

REVEREND APPLESEED NAPHTALI JESUSDAUGHTER,

Plaintiff,

v.

ROBERT HAWKINS,
MARY SMITH,
DR. GRAHAM HOFFMAN,
JAMES MARSHALL,
LORRAINE DIAZ,
ALVIN SAIS and
LT. SCOLIRI,

Defendants.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Joint Motion to Vacate Pretrial Conference** (the "Motion"), filed on January 11, 2006.

　　　IT IS ORDERED that the Motion is GRANTED and the Pretrial Conference set for January 18, 2006, is **VACATED**.

DATED:  January 11, 2006