IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 02-cv-00084-REB-BNB

REVEREND APPLESEED NAPHTALI JESUSDAUGHTER,

Plaintiff,

v.

COLORADO MENTAL HEALTH INSTITUTE AT PUEBLO,
COLORADO DEPARTMENT OF CORRECTIONS,
SAN CARLOS CORRECTIONAL FACILITY,
DR. GRAHAM HOFFMAN,
JAMES MARSHALL,
LORRAINE DIAZ,
ALVIN SAIS,
LT. SCOLERI,
JOHN DOE NOS 1-10, and
JANE ROE NOS 1-10, in their individual capacities,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Defendants' Revised Motion to Amend Answer With Proposed Amended Answer Attached** [Doc. # 250, filed 8/2/2006] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to accept for filing the *Defendants, Colorado Mental Health Institute at Pueblo and Colorado*

*Department of Corrections Amended Answer to Plaintiff's Second Amended Complaint* [Doc. # 250-2] attached as an exhibit to the Motion.

Dated August 29, 2006.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge