**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 02-cv-00084-REB-BNB

APPLESEED JESUSDAUGHTER,

    Plaintiff,

v.

COLORADO MENTAL HEALTH INSTITUTE AT PUEBLO,
COLORADO DEPARTMENT OF CORRECTIONS,
SAN CARLOS CORRECTIONAL FACILITY,
DR. GRAHAM HOFFMAN,
JAMES MARSHALL,
LORRAINE DIAZ,
ALVIN SAIS,
LT. SCOLIRI,
JOHN DOE NOES 1-10, and
JANE ROE NOS. 1-10, in their individual capacities,

    Defendants.

---

## MINUTE ORDER[1]

---

    Plaintiff's Motion for Leave to File a Short Reply in Support of Plaintiff's Objection to Findings of Fact, Conclusions of Law, and Recommendation of United States Magistrate Judge [#266], filed September 1, 2006, is GRANTED, and the tendered Reply in Support of Plaintiff's Objection to Findings of Fact, Conclusions of Law, and Recommendation of United States Magistrate Judge is accepted for filing.

Dated:  September 5, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.