IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-00084-REB-BNB

REVEREND APPLESEED NAPHTALI JESUSDAUGHTER,

Plaintiff,

v.

ROBERT HAWKINS,
MARY SMITH,
DR. GRAHAM HOFFMAN,
JAMES MARSHALL,
LORRAINE DIAZ,
ALVIN SAIS and
LT. SCOLIRI,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Letter Motion** [docket no. 271, filed November 20, 2006] and **Withdrawal of November 1, 2006 Letter Filed with the Court on November 20, 2006** [docket no. 272, filed November 20, 2006] (the "Motions").

     IT IS ORDERED that the Withdrawal Motion [docket no. 272] is GRANTED the Letter Motion [docket no. 271] is DENIED AS MOOT.

DATED:  November 20, 2006