IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 02-cv-00084-REB-BNB

REVEREND APPLESEED NAPHTALI JESUSDAUGHTER,

Plaintiff,

v.

LT. JOHN SCOLERI, and
JOHN DOE NOS. 1-10 and JANE ROE NOS. 1-10, in their individual capacities,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Strike Defendant Scoleri's Rule 26(a)(2) Disclosures** [Doc. # 275, filed 12/11/2006] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART, as follows:

GRANTED to limit Mr. Scoleri to two expert witnesses, i.e., Gary Golder and Joanie Shoemaker; and

GRANTED to require Mr. Scoleri to provide reports concerning the expert testimony, which shall include a complete statement of all opinions to be expressed and the basis and reasons therefor; the data or other information considered by the witness in forming the opinions; and any exhibits to be used as a summary of or support for the opinions. The reports may be prepared and signed by defense counsel.

The Motion is DENIED in all other respects.

IT IS FURTHER ORDERED, in view of this order, that the case schedule is modified to the following extent:

**Discovery Cut-Off:** **March 23, 2007**.

All discovery must be **completed** by the discovery cut-off.

The discovery cut-off is extended solely to allow the parties to take the depositions of any expert witnesses and rebuttal expert witnesses; the depositions of Ms. Jesusdaughter and Mr. Scoleri; and two additional depositions per side, which may include the service of accompanying subpoenas duces tecum. No additional written discovery is allowed.

**Expert Disclosures:**

**(a)** Mr. Scoleri shall designate the allowed experts and provide opposing counsel with the information specified above on or before **February 2, 2007**;

**(b)** The plaintiff shall designate any rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 23, 2007**.

All motions raising issues under Fed. R. Evid. 702 as codified and construed shall be filed by **March 23, 2007**, and marshaled thereafter as prescribed by D.C.COLO.LCivR 7.1C.[1]

Dated January 19, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

---

[1]This deadline is modified with the express consent of the district judge.