IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 02-cv-00084-REB-BNB

REVEREND APPLESEED NAPHTALI JESUSDAUGHTER,

Plaintiff,

v.

LT. JOHN SCOLERI, and
JOHN DOE NOS. 1-10 and JANE ROE NOS. 1-10, in their individual capacities,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Defendants' Motion for Extension of Time to Respond to Plaintiff's Second Set of Written Discovery Requests** [Doc. # 287, filed 1/19/2007] (the "Motion for Extension"). The discovery, which included requests for admissions, was served by United States mail on December 15, 2006. The defendants failed to respond to the discovery requests within 33 days, but they have responded to those requests now. The dispute between the parties does not really concern an extension of time for the responses; those responses were made, albeit two or three days beyond the permitted 33 days. A dispute has arisen because the requests for admissions were deemed admitted under Rule 36(a), Fed. R. Civ. P., when no response to them was made within 33 days, and the defendants now are seeking, pursuant to Rule 36(b), leave to withdraw or amend those admissions.

IT IS ORDERED that the Motion for Extension is DENIED as moot.

IT IS FURTHER ORDERED that the defendants shall file a motion to withdraw or amend admissions under Rule 36(b), if at all, on or before **January 31, 2007**. The plaintiff shall respond to that motion, if it is filed, on or before **February 7, 2007**.

Dated January 25, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge