IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  02-cv-00084-REB-BNB

REVEREND APPLESEED NAPHTALI JESUSDAUGHTER,

Plaintiff,

v.

LT. JOHN SCOLERI,

Defendant.

_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference.  The proposed final pretrial order was refused for reasons stated on the record.  Consistent with matters discussed this morning:

IT IS ORDERED that the parties shall submit, on or before **June 19, 2007**, a revised proposed final pretrial order modified as discussed today.

IT IS FURTHER ORDERED that a supplemental final pretrial conference is set for **June 20, 2007, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated June 7, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge