**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 02-cv-00084-REB-BNB

APPLESEED NAPHTALI JESUSDAUGHTER,

    Plaintiff,

v.

LT. SCOLIRI,

    Defendant.

---

**MINUTE ORDER[1]**

---

The matter before the court is **Plaintiff's Motion To Strike Affidavits of Witnesses Not Previously Disclosed in this Case** [#345], filed May 29, 2007. The motion is **DENIED** as moot. The affidavits were attached to **Defendant's Motion To Determine Plaintiff's Competency** [#329], filed May 3, 2007, which motion was denied in an order [#352], filed June 21, 2007. The denial of the motion to determine plaintiff's competency moots the plaintiff's request to strike affidavits submitted in support of that motion.

    Dated: July 12, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.