**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 02-cv-00084-REB-BNB

APPLESEED NAPHTALI JESUSDAUGHTER,

    Plaintiff,

v.

LT. SCOLIRI,

    Defendant.

### ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation of Dismissal With Prejudice** [#385], filed October 15, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation of Dismissal With Prejudice** [#385], filed October 15, 2007, is **APPROVED**; and

    2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated October 18, 2007, at Denver, Colorado.

                                **BY THE COURT:**

                                **s/ Robert E. Blackburn**
                                **Robert E. Blackburn**
                                **United States District Judge**